**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2179**

_____

JONATHAN MORELAND,

Plaintiff - Appellant,

v.

WEST VIRGINIA DEPARTMENT OF HEALTH; STEVEN COMPTON; JASON ROBERT TRAUTWEIN; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; AYNE AMJAD,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:24-cv-00030-GMG)

_____

Submitted:  April 24, 2025                                    Decided:  April 28, 2025

_____

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jonathan Moreland, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Moreland appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Moreland v. W. Va. Dep't of Health*, No. 3:24-cv-00030-GMG (N.D. W. Va. Oct. 23, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*